```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CORWIN ADAMS,                                                          :
                                                                       :
                          Plaintiff,                                   :
                                                                       :       19-CV-5009 (JPC)
         -v-                                                           :
                                                                       :             ORDER
CITY OF NEW YORK and CORRECTION OFFICER                                :
COOPER,                                                                :
                                                                       :
                          Defendants.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    This case has been reassigned to the undersigned.  **All parties must familiarize themselves with the Court's Individual Rules, including the Court's Individual Rules and Practices for *Pro Se* Litigants (that is, litigants without counsel), which are available at [https://www.nysd.uscourts.gov/hon-john-p-cronan](https://www.nysd.uscourts.gov/hon-john-p-cronan).**

    It is the Court's understanding that the New York City Department of Corrections and the New York City Law Department may not have been notified of the Honorable Vernon S. Broderick's Order, dated June 20, 2019 (Dkt. 8).

    The Clerk of Court is respectfully directed to electronically notify the New York City Department of Corrections and the New York City Law Department of both the June 20, 2019 Order (Dkt. 8) and this Order.

    The Clerk of Court is further directed to mail a copy of this Order to the *pro se* Plaintiff.

    SO ORDERED.

Dated: October 22, 2020  
       New York, New York

                                            JOHN P. CRONAN  
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2020