```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :
CORWIN ADAMS,                                           :
                                                        :
                        Plaintiff,                      :
                                                        :       19 Civ. 5009 (JPC)
        -v-                                             :
                                                        :              ORDER
CITY OF NEW YORK and CORRECTION OFFICER                 :
COOPER,                                                 :
                                                        :
                        Defendants.                     :
                                                        :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 8, 2021, the Court directed *pro se* Plaintiff to update his address of record by March 5, 2021. (Dkt. 15). The Court warned that failure to do so will result in *sua sponte* dismissal for failure to prosecute. (*Id.*). Because public records reflected that Plaintiff was under the supervision of the Brooklyn 3 Parole Office, the Court also directed that a copy of the February 8, 2021 Order be sent to that office. (*Id.*).

To date, Plaintiff has failed to update his address of record. Accordingly, the Court dismisses this action without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b). *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001); *Nichols v. Ponte*, No. 17 Civ. 2976 (AT) (GWG), 2019 WL 1370751, at *3 (S.D.N.Y. Mar. 4, 2019), *report and recommendation adopted*, 2019 WL 1368070 (S.D.N.Y. Mar. 26, 2019) ("Courts have repeatedly recognized that dismissal for failure to prosecute is appropriate where a plaintiff effectively disappears by failing to provide a current address at which he or she can be reached") (collecting cases).

Any pending motions are moot. All conferences are canceled. The Clerk of Court is respectfully directed to close the case.

SO ORDERED

Dated: March 24, 2021
New York, New York

　　　　　　　　　　　　　　　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge